IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF | : | MISCELLANEOUS |
| | : | |
| SETH D. CARSON | : | No. 24-mc-5 |
| | : | |

## O R D E R

**AND NOW**, this 29th day of July, 2025, after careful consideration of the record in this matter, including: the submission of Amy L. Kurland and Mr. Carson's Response; the Hearings held by a Committee of this Court, composed of Judge Paul S. Diamond, Judge John M. Gallagher, and Judge Mia R. Perez, on June 3, 2025 and July 2, 2025; the Committee's July 8, 2025 Report and Recommendation, which recommends that Mr. Carson be disbarred; Mr. Carson's July 23, 2025 omnibus motion, which the Court will construe as Objections to the Panel's Report and Recommendation; and the July 29, 2025 decision of the Judges of this Court approving the Report and Recommendation; **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Mr. Carson's Objections to the Panel's Report and Recommendation (Doc. No. 20) are **OVERRULED**; his motion is thus **DENIED**.

2. The July 8, 2025 Report and Recommendation (Doc. No. 19) is **APPROVED** and **ADOPTED**;

3. Mr. Carson is disbarred from the bar of the United States District Court for the Eastern District of Pennsylvania effective immediately.

**AND IT IS SO ORDERED.**

_____
Mitchell S. Goldberg, C.J.